# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Coulson, John M. | US District Court for the District of Maryland | 05/06/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

101 W. Lombard Street, 8D
Baltimore, Maryland 21201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/31/2000 | Amended and Restated Employment Agreement between me and Miles & Stockbridge, PC re terms of prior employ, 401K,. and deferred comp (paid 01/15/2015:$23,170) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 05/06/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/15/15 | Deferred compensation payment from Miles & Stockbridge PC | $23,170.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | The McDonogh School (1099 self employed health education consulting) |
| 2. 2015 | Build, Inc. (W-2 income)(Administrator for Community Organization) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Georgetown University Law Center Advanced E-Discovery Institute | November 19-20, 2015 | Washington, DC | Gave presentation on Electronic Discovery | transportation, lodgng, food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | The Park School of Baltimore | Tuition for minor children | K |
| 2. | Chase Bank | Visa (revolving credit) | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MONY whole life policy | A | Dividend | J | T | | | | | |
| 2. NW Mutual whole life policy #1 | A | Dividend | J | T | | | | | |
| 3. NW Mutual whole life policy #2 | A | Dividend | J | T | | | | | |
| 4. NW Mutual whole life policy #3 | A | Dividend | J | T | | | | | |
| 5. NW Mutual whole life policy #4 | A | Dividend | K | T | | | | | |
| 6. Erie Family Life whole life policy | A | Dividend | J | T | | | | | |
| 7. TIAA Traditional fund | A | Dividend | J | T | | | | | |
| 8. CREF Social Choice fund | A | Dividend | J | T | | | | | |
| 9. Franklin Templeton Mutual Quest Fund | A | Dividend | J | T | | | | | |
| 10. MD College Investment Plan Portfolio 2018 (1 of 2) | | None | L | T | | | | | |
| 11. MD College Investment Plan Portfolio 2018 (2 of 2) | | None | L | T | | | | | |
| 12. John Hancock Freedom 529 Portfolio 2013-16 (1 of 2) | | None | M | T | | | | | |
| 13. John Hancock Freedom 529 Portfolio2017-2020 (2 of 2) | | None | M | T | | | | | |
| 14. Davis NY Venture C | C | Dividend | K | T | Sold (part) | 02/26/15 | J | A | |
| 15. Franklin Income C | B | Dividend | L | T | Sold (part) | 02/26/15 | J | A | |
| 16. Goldman Sachs Growth Opportunity C | A | Dividend | J | T | Sold (part) | 02/26/15 | J | A | |
| 17. Henderson International Opportunities C | A | Dividend | J | T | Sold (part) | 02/26/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ivy Asset Strategy C | A | Dividend | J | T | Sold (part) | 02/26/15 | J | A | |
| 19. Legg Mason Opportunity Trust C | A | Dividend | J | T | Sold (part) | 02/26/15 | J | A | |
| 20. Royce Pennsylvania Consult | B | Dividend | J | T | Sold (part) | 02/26/15 | J | A | |
| 21. Clearbridge Special Inv. Trust C | A | Dividend | J | T | | | | | |
| 22. Clearbridge Value Trust C | A | Dividend | J | T | | | | | |
| 23. QS Batterymarch Emerging Markets C | A | Dividend | J | T | | | | | |
| 24. QS Batterymarch Int'l. Equity C | A | Dividend | J | T | | | | | |
| 25. Davis NY Venture C (UTMA # 1) | A | Dividend | J | T | | | | | |
| 26. Legg Mason Opportunity Trust (UTMA # 1) (Cont'd) | A | Dividend | J | T | | | | | |
| 27. Davis NY Venture C (UTMA # 2) | A | Dividend | J | T | Sold (part) | 05/12/15 | J | A | |
| 28. Legg Mason Opportun ity Trust (UTMA # 2) | A | Dividend | J | T | Sold (part) | 03/20/15 | J | A | |
| 29. Legg Mason Opportunity Trust (UTMA # 2) (Cont'd.) | A | Dividend | J | T | Sold (part) | 05/12/15 | J | A | |
| 30. PNC Bank Interest Checking | A | Interest | J | T | | | | | |
| 31. Capitol One 360 Savings | A | Interest | K | T | | | | | |
| 32. Flowers Foods (FLO) Common stock (family member) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 05/06/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II:  Agreements:  my prior employment as an attorney at Miles & Stockbridge ended on July 31, 2014 and  was governed by the 2000 agreement referenced, to include distribution of deferred compensation in January of 2015.   I was paid deferred compensation in January of 2015 in the amount of $23,170.  I am not due any additional compensation from my former employer.

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 05/06/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John M. Coulson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544